# STATE OF MICHIGAN

# COURT OF APPEALS

LINDA ESCOTT,

        Petitioner-Appellee,

v

PUBLIC SCHOOL EMPLOYEES'
RETIREMENT BOARD,

        Respondent-Appellant.

FOR PUBLICATION
July 18, 2017

No. 333264
Allegan Circuit Court
LC No. 15-055070-AA

Before: SAWYER, P.J., and HOEKSTRA and BECKERING, JJ.

BECKERING, J. (*concurring*).

    I concur in the result only.

                              /s/ Jane M. Beckering

-1-